The Le Blond-Schact Truck Company, Appellant, v. D. Lustig, Inc., and Walter Bradt, Respondents.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

Marcus M. McCullough, as Trustee in Bankruptcy of Frank Auditore, Respondent, v. Louisa Auditore, Appellant. (Appeal No. 1.) — Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

Marcus M. McCullough, as Trustee in Bankruptcy of Frank Auditore, Respondent, v. Louisa Auditore, Appellant. (Appeal No. 2.) — Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

De Lancey Nicoll and Others, Respondents, v. The President and Trustees of the Village of Ossining, Appellants.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

Nicholas A. Nielsen, Respondent, v. George H. Casey and Others, Defendants. Capital Surety Company, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

The Prudential Savings Bank, Respondent, v. Madewell Homes Corporation and Others, Defendants. Eks Realties, Inc., Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

The People of the State of New York, Respondent, v. Ralph Dryer, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

Reid Ice Cream Corporation, Respondent, v. Samuel Neham, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

Abraham Romm, Respondent, v. Aldon Construction Corporation and Others, Defendants. Anthony Zunno, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

Cologera Scardino, Respondent, v. Francesco Paola Fatone and Maria Fatone, Appellants.— Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

Samuel Stock and Sam Jaffe, Respondents, v. Meyer Kenin and Others, Defendants. Louis Goldstein, Appellant. (Appeal No. 3.) — Appeal dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

Elizabeth C. Barton, Plaintiff, v. Ostend Baths, Inc., and Others, Defendants. Thomas Downs, as Receiver for Ostend Baths, Inc., Appellant; Grand Union Textile Mills, Respondent.— Motion granted to the extent of staying proceedings under the order until three days after the determination of the appeal. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

Michael Bernstein, Respondent, v. Silvertown Construction Company, Inc., Appellant, and Columbia Casualty Company, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

Citizens Finance Corporation, Appellant, v. Andrew W. Ahern, Respondent.